1  Edwin Aiwazian (SBN 232943)
       *edwin@calljustice.com*
2  Tara Zabehi (SBN 314706)
       *tara@calljustice.com*
3  Travis J. Maher (SBN 327206)
       *travis@calljustice.com*
4  Margaux Gundzik (SBN 340116)
       *m.gundzik@calljustice.com*
5  **LAWYERS *for* JUSTICE, PC**
   410 West Arden Avenue, Suite 203
6  Glendale, California 91203
   Tel: (818) 265-1020 / Fax: (818) 265-1021
7
   *Attorneys for* Plaintiff Carlos Rodriguez
8
   Daniel A. Saunders (SBN 161051)
9      *DSaunders@kasowitz.com*
   Jennifer N. Hinds (SBN 301804)
10     *JHinds@kasowitz.com*
   **KASOWITZ BENSON TORRES LLP**
11 2029 Century Park East, Suite 2000
   Los Angeles, CA 90067
12 Tel: (424) 288-7900 / Fax: (424) 288-7901

13 Attorneys for Defendants
   USF REDDAWAY, INC. and YELLOW CORPORATION,
14 erroneously sued as YRC WORLDWIDE, INC.

15                    **UNITED STATES DISTRICT COURT**

16                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS RODRIGUEZ, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act; <br><br> Plaintiff, <br><br> vs. <br><br> USF REDDAWAY, INC., an unknown business entity; YRC WORLDWIDE, INC. an unknown business entity; YELLOW CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.:  2:22-cv-00210-TLN-DB <br><br> Honorable Troy Nunley <br><br> **ORDER GRANTING JOINT STIPULATION TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE PROCEEDINGS** <br><br><br> Complaint Filed:  December 10, 2021 <br> Removal Filed:  January 31, 2022 |

ORDER

# ORDER

The Court having considered the Parties' Joint Stipulation to Stay Discovery Pending Ruling on Defendants' Motion to Compel Arbitration and Dismiss or Stay the Proceedings, and good cause appearing therefor, orders as follows:

All discovery is stayed until the Court issues its ruling on Defendants' Motion to Compel Arbitration and Dismiss or Stay the Proceedings.

**IT IS SO ORDERED.**

Dated: February 22, 2023

Troy L. Nunley
United States District Judge