Travis J. Maher (SBN 327206)
travis@calljustice.com
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Telephone (818) 265-1020
Facsimile (818) 265-1021

*Attorneys for Plaintiff CARLOS RODRIGUEZ*

Daniel A. Saunders (SBN 161051)
dsaunders@kasowitz.com
**KASOWITZ LLP**
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

*Attorneys for Defendants USF REDDAWAY INC. AND YELLOW CORPORATION, erroneously sued as YRC WORLDWIDE INC.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RODRIGUEZ, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiff,<br><br>vs.<br><br>USF REDDAWAY, INC., an unknown business entity; YRC WORLDWIDE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00210-DJC-DB<br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.C.P 41(a)**<br><br>Judge:         Daniel J. Calabretta<br>Action Filed:  December 10, 2021 |

**ORDER DISMISSING ACTION**

1  This Court, having reviewed the Parties' Stipulation of Dismissal Pursuant to F.R.C.P. 41(a), and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

The Clerk of the Court is directed to dismiss Plaintiff's Individual Claims with prejudice and the Representative PAGA Claims without prejudice. All other existing dates and deadlines in this matter are vacated.

**IT IS SO ORDERED.**

Dated: July 25, 2025                     /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE